695 A.2d 664

HM HOLDINGS, INC., ET AL. v. AETNA CASUALTY &
SURETY COMPANY, ET AL. AND AMERICAN
MOTORISTS INSURANCE COMPANY.

June 4, 1997.

## ORDER

Leave to appeal is granted.

695 A.2d 664

HM HOLDINGS, INC., ET AL. v. AETNA CASUALTY
& SURETY COMPANY, ET AL.

June 4, 1997.

## ORDER

Leave to appeal is granted.

695 A.2d 665

UNISYS CORPORATION v. INSURANCE COMPANY
OF NORTH AMERICA, ET AL.

June 4, 1997.

## ORDER

Leave to appeal is granted.